**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

D.M., by and through his Next Friend, DOMINIQUE MAHAN,

Plaintiff,

v.

CASE NO: 26-cv-13931
HON: MARK A. GOLDSMITH

WENDY LABADIE, in her individual and official capacities, and
GENESEE INTERMEDIATE SCHOOL DISTRICT,

Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>(248) 698-3321-fax<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | |

**A P P E A R A N C E**

Please enter my Appearance for and on behalf of the above-named Plaintiff.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com

Dated: October 15, 2026
AJD/sls

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: all attorneys of record and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

s/ Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com