**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

D.M., by and through his Next Friend,
DOMINIQUE MAHAN,

Plaintiff,

v

WENDY LABADIE, in her individual and official capacities, and GENESEE INTERMEDIATE SCHOOL DISTRICT,

Defendants.

Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti
No. 26-13931

CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUN (P70514)
JONATHAN A. ABENT (P78149)
CHRISTOPHER TRAINOR & ASSOCIATES
*Attorneys for Plaintiff*
9750 Highland Rd.
White Lake, MI 48386
(248) 886-8650 / fax: (248) 698-3321
shanna.suver@cjtrainor.com
amy.derouin@cjtrainor.com
jon.abent@cjtrainor.com

KENNETH B. CHAPIE (P66148)
LINDSAY P. HAZEN (P85861)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendant GISD*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7000
kchapie@gmhlaw.com
lhazen@gmhlaw.com

# NOTICE OF APPEARANCE

PLEASE enter the appearance of KENNETH B. CHAPIE of GIARMARCO, MULLINS & HORTON, P.C. as Attorney for Defendant, **GENESEE INTERMEDIATE SCHOOL DISTRICT**, with regard to the above matter.

/s/KENNETH B. CHAPIE
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant GISD

Dated: October 26, 2026

## CERTIFICATE OF ELECTRONIC SERVICE

KENNETH B. CHAPIE states that on October 26, 2026, he did serve a copy of his **Notice of Appearance** via the United States District Court electronic transmission.

/s/ KENNETH B. CHAPIE
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant GISD
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7048
kchapie@gmhlaw.com
P66148